**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045

TIMOTHY J. GONZALES, STATE BAR NO. 234923
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
PAUL H. HIRSCH STATE BAR NO. 327374
ph@brockgonzales.com

**Attorneys for Plaintiff**
MISTY YAJ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY YAJ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | **Case No.: 2:20-CV-01164-JAM-CKD**<br>Judge: Hon. John A. Mendez<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** |

///
///
///
///
///
///
///

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Expert Disclosures set for August 27, 2021 be continued to September 24, 2021.

IT IS FURTHER ORDERED that the Supplemental Expert Disclosures set for September 10, 2021 be continued to October 8, 2021.

IT IS SO ORDERED.

DATED: August 13, 2021   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**